THOMAS ROWAN v. THE SAME, DEFENDANTS.

In case.

*R. P. Thompson,* for plaintiff.
*Wm. N. Jeffers* for defendants.

This cause involving precisely the same points, was submitted at the same term, and received the same decision as the foregoing case.